# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JESSICA PURSLOW, ET AL.** | |
| *Plaintiff* | Civil Action No.: |
| v. | 1:14−CV−12991−WGY |
| **CARTER BUSINESS SERVICE, INC.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

    **/s/ − Clarilde M Geraldino−Karasek**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2014−07−14 15:42:13.0, Clerk USDC DMA

Civil Action No.: **1:14-CV-12991-WGY**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **Carter Business Services, Inc** was received by me on (date) **7/23/14**

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individuals last known address; or

☑ I served the summons on (name of individual) **Kimberly Vaillancourt**, **Controller**, who is designated by law to accept service of process on behalf of (name of organization) **Carter Business Services, Inc** on (date) **7/24/14**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ **65.00** for travel and $ _____ for services, for a total of $ **65.00**.

I declare under penalty of perjury that this information is true.

**7/27/14**
Date

*Server's Signature*

**Merrill Smallwood, Constable**
Printed name and title

**82 Broad St 153 Boston, MA 02110**
Server's Address

Additional information regarding attempted service, etc: