**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Jessica Purslow,<br><br>                Plaintiff,<br>    v.<br><br>Carter Business Service, Inc.; and DOES 1-10, inclusive,<br><br>                Defendants. | Civil Action No. 1:14-CV-12991-JGD |

## DECLARATION OF SERGEI LEMBERG, ESQ.

I, Sergei Lemberg, declare under penalty of perjury as follows:

1.    I represent Plaintiff, Jessica Purslow in this action.

2.    I have personal knowledge as to the matters set forth in this declaration and could competently testify if called to do so.

3.    I make this declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

4.    No discovery had been conducted in this case before Defendant filed its Motion for Summary Judgment.

5.    The parties had not yet conferred pursuant to Rule 26 at the time Defendant's Motion for Summary Judgment was filed.

6.    In September 2014, I directed one of my associates to reach out to Defendant's counsel regarding settlement.

7.    In response, Carter's counsel said "I am always interested in seeing a demand. For what it may be worth, I can tell you that we are preparing a SJ motion now." A true and correct copy of this email is attached hereto as Exhibit A.

8. My firm had no other communications with Defendant's counsel regarding summary judgment before Defendant filed its motion.

9. Plaintiff cannot fully and properly oppose Defendant's motion without conducting additional discovery. This discovery consists of written discovery regarding Defendant's call "scripts" and any call recordings in Defendant's possession, as well as the depositions of Benson Ekstrom and the individual collector who spoke with Ms. Purslow.

10. I believe that Mr. Ekstrom and the individual collector possess facts necessary to support Ms. Purslow's opposition to Defendant's motion.

11. Mr. Ekstrom's testimony is necessary because his affidavit presents facts regarding (1) Carter's call scripts; and (2) the specific conversation that took place between Purslow and Carter.

12. The individual collector's testimony is necessary because he, not Mr. Ekstrom, was present for the conversation with Ms. Purslow.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Stamford, CT, on October 27, 2014.

Sergei Lemberg, Esq.