# EXHIBIT A

## Jenny DeFrancisco

**To:** John J. O'Connor
**Subject:** RE: Activity in Case 1:14-cv-12991-WGY Purslow v. Carter Business Service, Inc. Answer to Complaint

**From:** John J. O'Connor [mailto:JOConnor@peabodyarnold.com]
**Sent:** Thursday, September 04, 2014 1:40 PM
**To:** Jenny DeFrancisco
**Subject:** RE: Activity in Case 1:14-cv-12991-WGY Purslow v. Carter Business Service, Inc. Answer to Complaint

Jenny, I am always interested in seeing a demand.  For what it may be worth, I can tell you that we are preparing a SJ motion now.

Thanks.

Jack


John J. O'Connor
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2077
(617) 951-2125 (fax)

**From:** Jenny DeFrancisco [mailto:jdefrancisco@lemberglaw.com]
**Sent:** Wednesday, September 03, 2014 5:48 PM
**To:** John J. O'Connor
**Subject:** FW: Activity in Case 1:14-cv-12991-WGY Purslow v. Carter Business Service, Inc. Answer to Complaint

Hi Jack,

Does your client want a demand?

Thanks,

Jenny DeFrancisco, Esq.
Associate
Lemberg Law LLC
1100 Summer St, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250 x5515
Facsimile: (203) 653-3424

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.

Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

**From:** ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
**Sent:** Tuesday, September 02, 2014 3:38 PM
**To:** CourtCopy@mad.uscourts.gov
**Cc:** Jenny DeFrancisco
**Subject:** Activity in Case 1:14-cv-12991-WGY Purslow v. Carter Business Service, Inc. Answer to Complaint

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered by O'Connor, John on 9/2/2014 at 3:37 PM EDT and filed on 9/2/2014
**Case Name:**         Purslow v. Carter Business Service, Inc.
**Case Number:**       1:14-cv-12991-WGY
**Filer:**             Carter Business Service, Inc.
**Document Number:** 4

**Docket Text:**
**ANSWER to [1] Complaint, by Carter Business Service, Inc..(O'Connor, John)**


**1:14-cv-12991-WGY Notice has been electronically mailed to:**

John J. O'Connor    joconnor@peabodyarnold.com

Sergei Lemberg     slemberg@lemberglaw.com,  filings@lemberglaw.com

**1:14-cv-12991-WGY Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=9/2/2014] [FileNumber=5656570-0]
[da5d93d76b8e72fa8f5c89b6658dbb5a50d3e0cd959787b4c45cb3abd1bcfcf15c8c

b19e623de32c61f71e512c2a0d54a6e2db736bcee9c483c85fc99c3f6912]]

---

**Total Control Panel** Login

To: jdefrancisco@lemberglaw.com        Remove this sender from my allow list
From: joconnor@peabodyarnold.com

*You received this message because the sender is on your allow list.*

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (617-951-2100) or by reply e-mail and delete this message.

IRS Circular 230 requires that we inform you that if this communication (including any attachments) contains tax advice, it is not intended or written to be used, and cannot be used, for purposes of avoiding penalties under the Internal Revenue Code, or promoting marketing or recommending to another party any transaction or matter addressed herein.