UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JESSICA PURSLOW, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 14-12991-JGD |
| | ) | |
| CARTER BUSINESS SERVICE, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## SETTLEMENT ORDER OF DISMISSAL

DEIN, U.S.M.J.

The Court having been advised on December 29, 2014 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

/ s / Jolyne D'Ambrosio
Deputy Clerk

DATED: January 7, 2015