**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Jessica Purslow, <br><br> Plaintiff, <br> v. <br><br> Carter Business Service, Inc.; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.: 1:14-cv-12991-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Carter Business Service, Inc. with prejudice and without costs to any party.

| Jessica Purslow | Carter Business Service, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ John J. O'Connor |
| Sergei Lemberg, Esq. | John J. O'Connor, BBO #555251 |
| BBO No.: 650671 | Peabody & Arnold LLP |
| LEMBERG LAW, LLC | Federal Reserve Plaza |
| 1100 Summer Street, 3rd Floor | 600 Atlantic Avenue |
| Stamford, CT  06905 | Boston, MA 02210-2261 |
| (203) 653-2250 | Tel. (617) 951-2100 |
| slemberg@lemberglaw.com | Fax. (617) 951-2125 |
| Attorney for Plaintiff | joconnor@peabodyarnold.com |
| | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 27, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

John J. O'Connor
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

             By /s/ Sergei Lemberg
               Sergei Lemberg